**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE TIUL CAAL**<br>          **Petitioner,**<br><br>          **v.**<br><br>**JOHN RIFE, in his official capacity as ICE Field Office Director, MARKWAYNE MULLEN, in his official capacity as Secretary of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement, JAMAL LAWRENCE JAMISON, Warden of the Philadelphia Federal Detention Center, and TODD BLANCHE, in his official capacity as Attorney General of the United States,**<br>          **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3923** |

## O R D E R

**AND NOW**, this 9th day of June, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

2. Petitioner shall file a corrected Exhibit A and make any related corrections needed to the Petition on or before **June 11, 2026**.[1]

          **BY THE COURT:**

          **/s/ Hon. Kelley B. Hodge**

          _____

          **HODGE, KELLEY B., J.**

---

[1] The current Exhibit A (ECF No. 1-3 at 3) does not refer to the Petitioner. Additionally, Paragraphs 1 and 22 of the Petition contain conflicting information.