## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE TIUL CAAL<br>              Petitioner,<br><br>          v.<br><br>JOHN RIFE, in his official capacity as ICE<br>Field Office Director, MARKWAYNE<br>MULLEN, in his official capacity as<br>Secretary of Homeland Security, TODD M.<br>LYONS, in his official capacity as Acting<br>Director of Immigration and Customs<br>Enforcement, JAMAL LAWRENCE<br>JAMISON, Warden of the Philadelphia<br>Federal Detention Center, and TODD<br>BLANCHE, in his official capacity as<br>Attorney General of the United States,<br>              Respondents. | CIVIL ACTION<br><br><br>NO.  26-3923 |

## O R D E R

**AND NOW**, this 10th day of June, 2026, upon consideration of Jose Tiul Caal's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), and for the reasons stated in the accompanying Memorandum, it is **HEREBY ORDERED** as follows:

1.        The Petition is **GRANTED**. The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on June 11, 2026.**

2.        Immediately upon Petitioner's release, Respondents shall return to Petitioner all personal property, including identification and other documents, confiscated upon or during his detention.

3.        Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

4.      The Government is temporarily enjoined from re-detaining Petitioner until **June 18, 2026**.

5.      If the Government decides to pursue re-detention of Petitioner after June 18, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6.      The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7.      The Clerk of Court shall **MARK** this case as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**